UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-1961-JO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DARWIN AXEL BARBOSA LOPEZ (1), | |
| Defendant. | |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title and interest in specific property of Defendant DARWIN AXEL BARBOSA LOPEZ ("Defendant"), pursuant to Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), as any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of the violations, the gross proceeds of such violations, and any property traceable to such conveyance or proceeds of the violations of Title 8, United States Code, Sections 2 and 1324(a)(2)(B)(ii) as charged in Counts 1-4 of the Indictment; pursuant to Title 18, United States Code, Sections 982(a)(6) and (b), as any conveyance, including any vessel, vehicle, or aircraft used in the commission of the violations, and any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or that is used to

1  facilitate, or is intended to be used to facilitate the commission of the violations of Title
2  8, United States Code, Section 1324(a)(2)(B)(ii), as charged in Counts 1-4 of the
3  Indictment; and pursuant to Title 18, United States Code, Section 924(d) and Title 28,
4  United States Code, Section 2461(c) as firearms and ammunition involved in the
5  violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2), as
6  charged in Count 5 of the Indictment; and

7     WHEREAS, on or about November 07, 2023, Defendant pled guilty before
8  Magistrate Judge Allison H. Goddard to the offenses set forth in Counts 1 and 5 of the
9  Indictment, charging the defendant with Bringing in Aliens for Financial Gain, in
10 violation of Title 8, United States Code, Sections 2 and 1324(a)(2)(B)(ii) and Illegal
11 Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections
12 922(g)(5)(A) and 924(a)(2), and has consented to the forfeiture allegations of the
13 Indictment, and agreed pursuant to Title 8, United States Code, Section 1324(b), Title
14 18, United States Code, Sections 924(d) and 982(a)(6), and Title 28, United States
15 Code, Section 2461(c) to forfeit all specific property seized in connection with this
16 case including, but not limited to: One (1) nine-millimeter caliber Glock 48 handgun
17 with serial number BWDW920; and

18    WHEREAS, on November 30, 2023, this Court accepted the guilty pleas of
19 Defendant; and

20    WHEREAS, by virtue of the facts set forth in the plea agreement, the Court finds
21 that the United States has established the requisite nexus between the forfeited firearm
22 and the offenses; and,

23    WHEREAS, the firearm is currently in the custody of the San Diego Sheriff's
24 Department; and

25    WHEREAS, the United States, having submitted the Order herein to the
26 Defendant through his attorney of record, to review, and no objections having been
27 received;

28 //

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant to Counts 1 and 5 of the Indictment, all right, title and interest of Defendant DARWIN AXEL BARBOSA LOPEZ in the One (1) nine-millimeter caliber Glock 48 handgun with serial number BWDW920, which is currently in the custody of the San Diego Sheriff's Department, is hereby forfeited to the United States pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 924(d) and 982(a)(6), and Title 28, United States Code, Section 2461(c). The Court further orders that the San Diego Sheriff's Department shall dispose of the One (1) nine-millimeter caliber Glock 48 handgun with serial number BWDW920 according to law, when no longer needed for evidence.

2. No ancillary proceeds or further forfeiture action is required as to Defendant DARWIN AXEL BARBOSA LOPEZ for this criminal case.

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 2/7/24

Honorable Jinsook Ohta
United States District Judge